427 A.2d 1201

Commonwealth v. Wilson, Appellant.

624

Submitted September 13, 1979. Alexander Hemphill, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.